CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

OCT 22 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| EDWARD D. PLOTZKER, *Plaintiff*, v. ROYCE C. LAMBERTH, ET AL., *Defendants*. | CIVIL NO. 3:08cv00027 ORDER JUDGE NORMAN K. MOON |

In accordance with the accompanying Memorandum Opinion, the defendants' various Motions to Dismiss (docket no.s 15, 19, 21, 24, and 50) are hereby GRANTED. Plaintiff's various Motions for Default Judgment (docket no.s 18, 29, 30, and 51) are DENIED. Plaintiff's Motion to Set Aside Motion for Default Judgment (docket no. 40) is DISMISSED AS MOOT. Plaintiff's Motion to reprimand defendants (docket no. 48) is DENIED. Defendants' objections to the pre-trial order (docket no. 61) are DISMISSED AS MOOT.

Accordingly, this case shall be TERMINATED and STRICKEN from the Court's active docket.

Additionally, the plaintiff, Edward D. Plotzker, is hereby WARNED that any further frivolous filings in this Court may result in the imposition of a pre-filing review system, the entry of a pre-filing injunction, and/or the imposition of monetary sanctions.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to the plaintiff.

ENTERED: This 22nd day of October, 2008

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE